(May 27, 1961)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JACK E. SIZEMORE, Respondent, v. ROBERT E. MURPHY, as Warden of Auburn State Prison, Defendant, and THE PEOPLE OF THE STATE OF NEW YORK, Appellant.— Upon stipulation of the parties, order unanimously reversed on the law, without costs of this appeal to either party, writ dismissed, and relator remanded to the custody of the Warden of Auburn State Prison. (Appeal from order of Cayuga County Court sustaining the writ of habeas corpus and ordering the Warden of Auburn Prison to discharge relator from custody.) Present— Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.

## FIRST DEPARTMENT, JUNE, 1961

### (June 1, 1961)

■ EDWIN B. WOLCHOK, as Receiver of ZIVNOSTENSKA BANKA, NATIONAL CORPORATION v. STATNI BANKA CESKOSLOVENSKA, Also Known as STATE BANK OF CZECHOSLOVAKIA, et al.— Motion for a stay granted on condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before August 15, 1961, with notice of argument for the September 1961 Term of this court, said appeal to be argued or submitted when reached. Concur— Botein, P. J., Rabin, McNally and Stevens, JJ.

■ JOHN A. STEPHEN, Formerly Known as HANS AUGSTEIN, et al. v. ZIVNOSTENSKA BANKA, NATIONAL CORPORATION.— Motion for a stay granted pending the hearing and determination of the appeal, with leave to apply at that time for a further stay, on condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before August 15, 1961, with notice of argument for the September 1961 Term of this court, said appeal to be argued or submitted when reached. Concur— Botein, P. J., Rabin, McNally and Stevens, JJ.

■ ELIZABETH BLUMENTHAL et al. v. HERMAN W. DULBERGER, Individually and Doing Business under the Name of DULBERGER'S PHARMACY, et al.— Motion by defendant-respondent Herman W. Dulberger to dismiss appeal from order entered on June 30, 1959 granted, with $10 costs. Motion by defendant-respondent Herman W. Dulberger to dismiss appeal from order entered on October 2, 1959 granted, with $10 costs. Motion by defendant-respondent Mitchel Fein to dismiss appeals from orders entered on June 30, 1959 and October 2, 1959 granted, with $10 costs. Concur — Botein, P. J., Breitel, Stevens, Eager and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. BESS KAYE v. SPENCE-CHAPIN ADOPTION SERVICE.— Motion to dispense with printing denied. Concur — Botein, P. J., Breitel, Stevens, Eager and Bergan, JJ.

■ LOUIS STONE v. WILLIAM ANDACHT, INC.— Motion to dismiss appeal denied and plaintiff is granted leave to file a copy of the notice of appeal with the Clerk of the City Court of the City of New York, New York County within 10 days after the entry of this order. Concur — Botein, P. J., Breitel, Stevens, Eager and Bergan, JJ.